IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-1077-MMB <br> **REDACTED VERSION** |

### [PROPOSED] ORDER

For the reasons set forth in Plaintiffs' Response to Mylan Pharmaceuticals Inc.'s Motion to Lengthen Duration of Inventor Depositions and to Stay Discovery Related to Amended Antitrust Counterclaim, and for good cause shown, the Court hereby Orders as follows:

(1) Mylan's Motion to Resolve Disputed Provisions of Discovery Plan to Set the Duration of Inventor Depositions and to Compel Production of Documents (D.I. 65) is DENIED; and

(2) Mylan shall not depose each inventor of U.S. Patent No. 6,740,341 for longer than seven hours.

It is SO ORDERED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

4471092