# EXHIBIT D



# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

Kristen Healey Cramer
Partner

TEL (302) 888-6317
FAX (302) 658 5614
EMAIL kcramer@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

September 12, 2011

**VIA FACSIMILE**

Judge Michael M. Baylson
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1727

    Re:    *Shionogi Pharma, Inc. et al. v. Mylan Pharmaceuticals Inc.*,
            C.A. No. 10-1077-MMB (D. Del.)

Dear Judge Baylson,

      I write on behalf of Plaintiffs-Counter-Defendants Shionogi Pharma, Inc. and CIMA LABS INC. (collectively "Shionogi"). On August 31, 2011, this Court ruled on Shionogi's motion to dismiss Defendant-Counter-Plaintiff Mylan Pharmaceuticals Inc.'s ("Mylan") amended antitrust counterclaim. (D.I. 68). In the Court's Memorandum regarding Shionogi's motion to dismiss, the Court stated:

> If requested, the Court will schedule a pretrial conference to consider, if fair to the parties and possibly reducing the cost of discovery, structuring discovery to make an early determination whether genuine factual disputes exist on specific claims or defenses.

(D.I. 67 at n.4). Shionogi believes this case should be structured to allow for sequential discovery with respect to the patent and antitrust related claims. Phasing discovery would reduce both the cost of discovery and burden on the Court and the parties. Shionogi contacted counsel for Mylan to ask whether Mylan would join Shionogi in a request to the Court for a pretrial conference regarding this discovery issue. Mylan responded, indicating it believes it is premature to request a pretrial conference. However, given that the Court has set October 6, 2011 as the date for substantial completion of document production (D.I. 34), Plaintiffs believe this issue is now ripe for the Court's consideration. Therefore, Shionogi respectfully requests the Court schedule a pretrial conference to discuss structuring sequential discovery related to Mylan's amended antitrust counterclaim.


CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

Judge Michael M. Baylson
September 12, 2011
Page 2

Respectfully submitted,

*Kristen Healey Cramer*

Kristen Healey Cramer (#4512)

cc:
Thomas J. Parker (via electronic mail)
Natalie C. Clayton (via electronic mail)
Richard L. Horwitz (via electronic mail)
David E. Moore (via electronic mail)
David Manspeizer (via electronic mail)
Robert J. Gunther, Jr.(via electronic mail)
Ann-Marie C. Yvon (via electronic mail)
Ryann M. Muir (via electronic mail)
J. Mark Gidley (via electronic mail)
Noah A. Brumfield (via electronic mail)

```
*  *  *  COMMUNICATION RESULT REPORT ( SEP. 12. 2011  5:50PM )  *  *  *

                                                            FAX HEADER 1:
                                                            FAX HEADER 2:

TRANSMITTED/STORED : SEP. 12. 2011  5:50PM
FILE MODE            OPTION              ADDRESS                         RESULT         PAGE
-----------------------------------------------------------------------------------------------
9429 MEMORY TX                           912672995078324180000           OK             3/3

-----------------------------------------------------------------------------------------------
REASON FOR ERROR
   E-1) HANG UP OR LINE FAIL                E-2) BUSY
   E-3) NO ANSWER                           E-4) NO FACSIMILE CONNECTION
```

LAW OFFICES

CONNOLLY BOVE LODGE & HUTZ LLP
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801

TELEPHONE 302-884-6596
TELEFACSIMILE 302-658-5614

**TELECOPIER TRANSMITTAL SHEET**

Date: September 12, 2011

| Name | Facsimile No. |
|---|---|
| Judge Michael M. Baylson | (267) 299-5078 |

FROM: Kristen Healey Cramer, Esquire
E-Mail: kcramer@cblh.com

Regarding: *Shionogi Pharma, Inc. et al. v. Mylan Pharmaceuticals Inc.*, C.A. No. 10-1077-MMB (D. Del.)

Number of Pages: 3 (including cover page)

The document(s) accompanying this telefacsimile may contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed communication is prohibited, and the document(s) should be returned to the sender at the above address. If you have received this telefacsimile in error, please notify the sender immediately by telephone contact so that we can arrange for return of the document(s) at our cost. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
OUR OFFICE AT 302-658-9141 AS SOON AS POSSIBLE.