IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHIONOGI PHARMA, INC.
AND CIMA LABS INC.,

    Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC.,

    Defendant.

C. A. No. 10-1077-MMB

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the undersigned counsel for the parties, subject to the approval of the Court, that the time for Plaintiffs to answer Mylan Pharmaceuticals Inc.'s amended counterclaims (D.I. 53) in this action is extended until September 21, 2011.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Kristen Healey Cramer | /s/ David E. Moore |
| Kristen Healey Cramer (#4512) | Richard L. Horwitz (#2246) |
| Karen R. Poppel (#5373) | David E. Moore (#3983) |
| 1007 North Orange Street | Hercules Plaza, 6th Floor |
| P.O. Box 2207 | 1313 N. Market Street |
| Wilmington DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 658-9141 | Telephone: (302) 984-6000 |
| kcramer@cblh.com | rhorwitz@potteranderson.com |
| kpoppel@cblh.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiffs Shionogi Pharma, Inc. and CIMA LABS Inc.* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |
| Of Counsel: | Of Counsel: |
| David A. Manspeizer | Thomas J. Parker |
| Robert J. Gunther, Jr. | Natalie C. Clayton |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ALSTON & BIRD LLP |
| 399 Park Avenue | 90 Park Avenue |
| New York, NY 10022 | New York, NY 10016 |
| Telephone: (212) 230-8800 | Telephone: (212) 210-9444 |

- 2 -

Ryann M. Muir
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

        **SO ORDERED** this \_\_\_\_ day of _____, 2011.

                                                                                  THE HONORABLE MICHAEL M. BAYLSON
                                                                                            United States District Judge

4471770