DATE OF NOTICE: September 14, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIONOGI PHARMA INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN PHARMACEUTICALS INC. | : | NO. 10-1077 |

### NOTICE

Please be advised that a telephone conference will be held regarding status on **Thursday, September 22, 2011 at 3:00 p.m.** with the Honorable Michael M. Baylson. Plaintiffs' counsel will make arrangements for the phone call and notify all parties.

_Lynn Meyer_
Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:  Kristen Cramer, Esquire (e-mail)          Mark Gidley, Esquire (e-mail)
     Ann-Marie Yvon, Esquire (e-mail)          Richard Horwitz, Esquire (e-mail)
     David Manspeizer, Esquire (e-mail)        David Ellis Moore, Esquire (e-mail)
     Natalie Clayton, Esquire (e-mail)         Thomas Parker, Esquire (e-mail)
     Jane Love, Esquire (e-mail)               Karen Popper, Esquire (e-mail)
     Noah Brumfield, Esquire (e-mail)          Robert Gunther, Esquire (e-mail)
     Ryann Muir, Esquire (e-mail)

O:\DE Cases\10-1077 Shionogi v. Mylan\Shionogi v. Mylan TC Notice.wpd