# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and<br>CIMA LABS INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 10-1077-MMB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on September 15, 2011, upon the following attorneys of record as indicated below:

> MYLAN PHARMACEUTICALS INC.'S DISCLOSURE OF
> TERMS IN NEED OF CONSTRUCTION

**VIA ELECTRONIC MAIL**

Ryann M. Muir
WilmerHale
60 State Street
Boston, MA  02109
Ryann.muir@wilmerhale.com

                                      POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By:   */s/ David E. Moore* |
|---|---|
| | Richard L. Horwitz (#2246) |
| Thomas J. Parker | David E. Moore (#3983) |
| Natalie C. Clayton | Hercules Plaza, 6th Floor |
| ALSTON & BIRD LLP | 1313 N. Market Street |
| 90 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10016 | Tel: (302) 984-6000 |
| Tel: 212-210-9444 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: September 16, 2011 | |
| 1027793 / 36324 | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 16, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 16, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Kristen Healey Cramer | J. Mark Gidley |
| Karen R. Poppel | Noah A. Brumfield |
| Connolly Bove Lodge and Hutz LLP | White & Case LLP |
| 1007 N. Orange Street | 701 Thirteenth Street, N.W. |
| Wilmington, DE 19899 | Washington, DC 20005 |
| kcramer@cblh.com | (202) 626-3600 |
| kpoppel@cblh.com | mgidley@whitecase.com |
| | noah.brumfield@whitecase.com |
| | |
| David A. Manspeizer | Ryann M. Muir |
| Robert J. Gunther, Jr. | WilmerHale |
| Jane M. Love | 60 State Street |
| Anne-Marie C. Yvon | Boston, MA 02109 |
| WilmerHale | Ryann.muir@wilmerhale.com |
| 399 Park Avenue | |
| New York, NY 10022 | |
| David.manspeizer@wilmerhale.com | |
| Robert.gunther@wilmerhale.com | |
| Jane.love@wilmerhale.com | |
| Anne-marie.yvon@wilmerhale.com | |

By:   */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

993789/36324