IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. AND CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C. A. No. 10-1077-MMB |

## JOINT STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiffs Shionogi Pharma, Inc. and CIMA LABS Inc. and Defendant Mylan Pharmaceuticals Inc., subject to the approval of the Court, that paragraph 7 of the Scheduling Order (D.I. 34) is amended as follows: the simultaneous filing of opening claim construction briefs is due on <u>October 28, 2011</u>.

The remaining dates in the Scheduling Order (D.I. 34) remain unchanged.

September 20, 2011

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| /s/ *Kristen Healey Cramer* | /s/ *David E. Moore* |
| Kristen Healey Cramer (#4512) | Richard L. Horwitz (#2246) |
| Karen R. Poppel (#5373) | David E. Moore (#3983) |
| 1007 North Orange Street | Hercules Plaza, 6th Floor |
| P.O. Box 2207 | 1313 N. Market Street |
| Wilmington DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 658-9141 | Telephone: (302) 984-6000 |
| kcramer@cblh.com | rhorwitz@potteranderson.com |
| kpoppel@cblh.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiffs Shionogi Pharma, Inc. and CIMA LABS Inc.* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |

*Of Counsel:*

David A. Manspeizer
Robert J. Gunther, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800

Ryann M. Muir
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Of Counsel:*

Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9444

**SO ORDERED** this _____ day of _____, 2011.

_____
THE HONORABLE MICHAEL M. BAYLSON
United States District Judge

4479129