**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-1077-MMB |

## DECLARATION OF J. MARK GIDLEY

I, J. Mark Gidley, hereby declare:

1. Attached hereto as Exhibit 1 is a true and correct copy of Mylan Pharmaceutical Inc.'s Second Set of Production Requests (Nos. 61-91).

2. Attached hereto as Exhibit 2 are true and correct copies of Emails from Counsel for Shionogi to Mylan's Counsel dated September 23-27, 2011.

3. Attached hereto as Exhibit 3 is a true and correct copy of a Letter from N. Brumfield to T. Parker dated September 29, 2011.

4. Attached hereto as Exhibit 4 is a true and correct copy of an Email from T. Parker to N. Brumfield dated September 30, 2011.

5. Attached hereto as Exhibit 5 is a true and correct copy of a Letter from M. Gidley to T. Parker dated September 30, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ *J. Mark Gidley*
                                              J. Mark Gidley