# Exhibit 2

## Gidley, J. Mark

| | |
|---|---|
| **From:** | Letourneau, Holly |
| **Sent:** | Friday, September 23, 2011 1:20 PM |
| **To:** | 'Natalie.Clayton@alston.com'; 'Matt.Urbanawiz@alston.com'; 'Thomas.Parker@alston.com' |
| **Cc:** | 'Manspeizer, David A.'; Muir, Ryann M; Gidley, J. Mark; Brumfield, Noah |
| **Subject:** | D.Del. 10-1077 Revised Scheduling Proposal |

All:

In advance of our call this afternoon, please find attached Plaintiff's proposed dates for a revised scheduling order.

We look forward to speaking with you this afternoon.

Best regards,

Holly

Holly Smith Letourneau
Associate
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: + 1 202 729 2424
Fax:        + 1 202 639 9355
hletourneau@washdc.whitecase.com

### Gidley, J. Mark

| | |
|---|---|
| **From:** | Letourneau, Holly |
| **Sent:** | Friday, September 23, 2011 1:23 PM |
| **To:** | Letourneau, Holly; 'Natalie.Clayton@alston.com'; 'Matt.Urbanawiz@alston.com'; 'Thomas.Parker@alston.com' |
| **Cc:** | 'Manspeizer, David A.'; 'Muir, Ryann M'; Gidley, J. Mark; Brumfield, Noah |
| **Subject:** | RE: D.Del. 10-1077 Revised Scheduling Proposal |
| **Attachments:** | Revised Scheduling Order -- Proposed Dates.DOC |

Attachment. My apologies.

Holly Smith Letourneau
Associate
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: + 1 202 729 2424
Fax:        + 1 202 639 9355
hletourneau@washdc.whitecase.com

---

From: Letourneau, Holly
Sent: Friday, September 23, 2011 1:20 PM
To: 'Natalie.Clayton@alston.com'; 'Matt.Urbanawiz@alston.com'; 'Thomas.Parker@alston.com'
Cc: 'Manspeizer, David A.'; Muir, Ryann M; Gidley, J. Mark; Brumfield, Noah
Subject: D.Del. 10-1077 Revised Scheduling Proposal

All:

In advance of our call this afternoon, please find attached Plaintiff's proposed dates for a revised scheduling order.

We look forward to speaking with you this afternoon.

Best regards,

Holly

Holly Smith Letourneau
Associate
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: + 1 202 729 2424
Fax:        + 1 202 639 9355
hletourneau@washdc.whitecase.com

## Patent/Antitrust Discovery

| Task | Current Schedule | Schedule for Patent Case | Schedule for Antitrust Case |
|---|---|---|---|
| Deadline for substantial completion of document production | 10/6/11 | 10/6/11 | 7/2/12 |
| Close of fact discovery | 2/22/12 | 2/1/12 | 7/31/12 |
| Opening expert reports | 4/19/12 | 3/16/12 | 8/14/12 |
| Rebuttal expert reports | 5/31/12 | 5/1/12 | 9/3/12 |
| Close of expert discovery | 8/2/12 | 6/15/12 | 9/21/12 |
| SJ motion opening briefs** | 9/13/12 | 10/1/12 | 10/1/12 |
| SJ motion answering briefs** | 10/4/12 | 10/17/12 | 10/17/12 |
| SJ reply briefs** | 10/8/12 | 10/30/12 | 10/30/12 |
| Joint pre-trial order and motions *in limine* | 11/1/12 | 11/14/12 | 11/14/12 |
| Trial pool date | 12/3/12 | 12/3/12 | 12/3/12 |

** These dates are deadlines and do not preclude an earlier summary judgment motion(s).

## Gidley, J. Mark

| | |
|---|---|
| **From:** | Crowe, Jaime M. |
| **Sent:** | Tuesday, September 27, 2011 2:16 PM |
| **To:** | 'thomas.parker@alston.com' |
| **Cc:** | 'natalie.clayton@alston.com'; Gidley, J. Mark; Brumfield, Noah; Letourneau, Holly; 'David.Manspeizer@wilmerhale.com'; 'ryann.muir@wilmerhale.com' |
| **Subject:** | Shionogi/CIMA v. Mylan: Discovery Schedule |

Dear Tom:

Please advise us by the end of the day today what Mylan's position is with respect to the schedule for antitrust discovery that we proposed last week pursuant to Judge Baylson's order. If we are unable to reach agreement, within the next day or two, we intend to file a motion with the court to revise the discovery schedule.

Please call me or Noah Brumfield as soon as possible today to discuss. Noah can be reached at 202.626.3698.

Regards,

*Jaime*

Jaime M. Crowe
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
202.626.3600 (main)
202.626.3640 (direct)
202.639.9355 (fax)
jcrowe@whitecase.com