# Exhibit 3

## Gidley, J. Mark

| | |
|---|---|
| **From:** | Brumfield, Noah |
| **Sent:** | Thursday, September 29, 2011 12:36 PM |
| **To:** | 'Thomas.Parker@alston.com' |
| **Cc:** | 'David.Manspeizer@wilmerhale.com'; 'Ryann.Muir@wilmerhale.com'; 'KCramer@cblh.com'; 'kpoppel@cblh.com'; Gidley, J. Mark |
| **Subject:** | Shionogi/CIMA v. Mylan |
| **Attachments:** | Sept. 29 Letter.pdf |

Dear Tom,

Please find the enclosed correspondence concerning the schedule with respect to antitrust discovery. We remain available to discuss the proposed schedule.

Best regards,

Noah A. Brumfield
White & Case LLP
nbrumfield@whitecase.com
202.626.3698 (Washington)
650.213.0395 (Palo Alto)
202.251.4608 (cell phone)
202.329.3839 (alt. mobile)

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + 202.626.3698   nbrumfield@whitecase.com

September 29, 2011

VIA E-MAIL

Thomas J. Parker, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York  10016-1387

Re:   *Shionogi, et al. v. Mylan Laboratories Inc.*
      (D. Del. Case No. 10-1077-MMB)

Dear Tom:

As you know, after our conference with Judge Baylson, we proposed a schedule to you last week that was designed to meet the Court's scheduling goals, as well as the expressed needs of both sides. We thought the meet and confer on Friday was very productive, so we have been surprised and concerned about the delay in hearing back from you regarding our proposed schedule.

We were glad to hear from you last night that you are considering a response today. We would greatly prefer to present the Court with a fully hammered out schedule acceptable to both sides to avoid burdening the Court, but in light of the Court's instructions to keep the case moving with the expectation of a December 2012 trial, we intend to approach the Court very shortly if we are unable to work things out.

We remain free and open to discussions in order to work out an agreed schedule.

Sincerely,

*/s/ Noah Brumfield/*

Noah A. Brumfield

Thomas J. Parker, Esq.

**WHITE & CASE**

September 29, 2011

cc:  David A. Manspeizer, Esq.
     Ryann A. Muir, Esq.
     Kristen Healey Cramer, Esq.
     Karen R. Poppel, Esq.
     J. Mark Gidley, Esq.

# Exhibit 4