# Exhibit 4

## Gidley, J. Mark

| | |
|---|---|
| **From:** | Parker, Thomas [Thomas.Parker@alston.com] |
| **Sent:** | Friday, September 30, 2011 10:25 AM |
| **To:** | Muir, Ryann M; Clayton, Natalie; Urbanawiz, Matt |
| **Cc:** | Manspeizer, David A.; Kristen H. Cramer; kpoppel@cblh.com; dmoore@potteranderson.com; Gidley, J. Mark; Brumfield, Noah |
| **Subject:** | RE: Shionogi v. Myan |

Ryann

My client has considered Shionogi's proposed schedule to conduct patent and antitrust discovery in stages. We cannot accept Shionogi's proposal and plan to proceed based on the court's current discovery schedule.
Regards, Tom

************************************************* IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. _____ NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

9/30/2011