# Exhibit 5

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel  +1 202 626 3600
Fax  +1 202 639 9355
www.whitecase.com

+1 202 626 3609        mgidley@whitecase.com

September 30, 2011

VIA E-MAIL

Thomas J. Parker, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York  10016-1387

Re:   *Shionogi, et al. v. Mylan Laboratories Inc.*
      (D. Del. Case No. 10-1077-MMB)

Dear Tom:

     After a productive meet and confer to discuss our schedule proposal, we were disappointed in your summary rejection of our proposed amended schedule. The schedule we proposed was designed to meet not only the Court's scheduling goals, but the needs and expressed wishes of all parties. We had reiterated that we remained free and open to further discussions in order to work out an agreed schedule and to avoid burdening the Court.

     Your position has left us with no option but to file a motion with the Court seeking an amended scheduling order. In light of your email this morning and this confirming letter, if we do not hear otherwise from you by 3:30 p.m. today, we will take your position as opposed to any change in the schedule and file our proposed amended scheduling order with the Court today.

Sincerely,

J. Mark Gidley

cc:   David A. Manspeizer, Esq.
      Ryann A. Muir, Esq.
      Kristen Healey Cramer, Esq.
      Karen R. Poppel, Esq.
      Noah Brumfield, Esq.