IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-1077-MMB |

**STIPULATION GOVERNING INADVERTENT
PRODUCTION OF PRIVILEGED DOCUMENTS**

WHEREAS, discovery in the above-entitled action ("Action") may involve the disclosure of certain documents, things and information in the possession, custody or control of a party that constitute or contain privileged information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P") and as further set below;

WHEREAS, the parties, through counsel, have met and conferred as to the subject matter of a stipulated protective order;

WHEREAS the parties are participating in ongoing negotiations regarding a few provisions to a general stipulated protective order and anticipate seeking the entry of a general protective order;

WHEREAS, the parties, through counsel, stipulate that good cause exists for the entry of this Stipulation Governing Inadvertent Production of Privileged Documents pursuant to Fed. R. Civ. P. 26(c) to protect against improper disclosure of privileged information produced or disclosed in this case pending entry of a general Protective Order;

WHEREAS, the parties, through counsel, stipulate that this Stipulation Governing Inadvertent Production of Privileged Documents shall apply to all information, documents and things produced or within the scope of discovery in this Action;

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL AND ORDER OF THE COURT, as follows:

### INADVERTENT PRODUCTION OF PRIVILEGED DOCUMENTS

Inadvertent production of any document produced in response to discovery requests in these Actions by any party or person, that such party or person later claims should have been withheld on grounds of a privilege (an "Inadvertently Produced Privilege Document"), including but not limited to the attorney client privilege and work product doctrine, will not be deemed, in itself, to waive any privilege or work product protection either as to specific information in the Inadvertently Produced Privilege Document or as to any other information relating thereto or on the same or related subject matters. A party or person claiming privilege or other protections for an Inadvertently Produced Privilege Document may notify any party that received the documents and state the basis for withholding such document from production. After being notified, any possessing party must not use or disclose the document until the claim is resolved and must take reasonable steps to retrieve the document if the party disclosed it before being notified. In addition, within five (5) days, any possessing party must return or destroy the specified document and any copies it has and the producing party must retain a copy of the document until the resolution or termination of this Action. After a document is returned or destroyed pursuant to this Paragraph, a party may move the Court for an order compelling production of the document, but such party may not assert as a ground for entering such an order the mere fact of inadvertent production.

| | |
|---|---|
| **CONNOLLY BOVE LODGE & HUTZ LLP** | **POTTER ANDERSON & CORROON LLP** |
| /s/ Kristen Healey Cramer | /s/ David E. Moore |
| Kristen Healey Cramer (#4512) | Richard L. Horwitz (#2246) |
| Karen R. Poppel (#5373) | David E. Moore (#3983) |
| 1007 North Orange Street | Hercules Plaza, 6th Floor |
| P.O. Box 2207 | 1313 N. Market Street |
| Wilmington DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 658-9141 | Telephone: (302) 984-6000 |
| kcramer@cblh.com | rhorwitz@potteranderson.com |
| kpoppel@cblh.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiffs Shionogi Pharma, Inc. and CIMA LABS Inc.* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| David A. Manspeizer | Thomas J. Parker |
| Robert J. Gunther, Jr. | Natalie C. Clayton |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ALSTON & BIRD LLP |
| 399 Park Avenue | 90 Park Avenue |
| New York, NY 10022 | New York, NY 10016 |
| Telephone: (212) 230-8800 | Telephone: (212) 210-9444 |
| | |
| Ryann M. Muir | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 60 State Street | |
| Boston, Massachusetts 02109 | |
| Telephone: (617) 526-6000 | |
| *Attorneys for Plaintiffs Shionogi Pharma, Inc. and CIMA LABS Inc.* | |
| | |
| J. Mark Gidley | |
| Noah A. Brumfield | |
| WHITE & CASE LLP | |
| 701 Thirteenth Street, N.W. | |
| Washington, DC 20005 | |
| Telephone: (202) 626-3600 | |
| mgidley@whitecase.com | |
| nbrumfield@whitecase.com | |
| *Attorneys for Plaintiff / Counter-Defendant Shionogi Pharma, Inc.* | |

Dated: October 4, 2011

SO ORDERED this 12th day of Oct., 2011.

_____
THE HONORABLE MICHAEL M. BAYLSON
United States District Judge

4496222v1