IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-1077-MMB |

## DECLARATION OF RYANN M. MUIR IN SUPPORT OF SHIONOGI PHARMA, INC. AND CIMA LABS INC.'S OPENING CLAIM CONSTRUCTION BRIEF

I, Ryann M. Muir, declare and state as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel to Plaintiffs Shionogi Pharma, Inc. and CIMA LABS INC. I am admitted *pro hac vice* in this case. I make the following statements in support of Shionogi Pharma, Inc. and CIMA LABS INC.'s Opening Claim Construction Brief. These statements are based on my personal knowledge and based on my review of information and documents assembled during the course of litigation.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,740,341 (the "'341 patent"), entitled Taste Masking Rapid Release Coating System; and

3. Attached hereto as Exhibit 2 is a true and correct copy of certain pages from the '341 patent's file history, numbered CIMA 0000616 – 0000627.

I declare under the penalty and perjury that the foregoing is true and correct. Executed on October 28, 2011.

By: /s/

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of October 2011, I electronically filed the Declaration of Ryann M. Muir In Support of Shionogi Pharma, Inc. and Cima Labs Inc.'s Opening Claim Construction Brief with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on the 28th of October 2011, I caused to be served true and correct copies of the Declaration of Ryann M. Muir In Support of Shionogi Pharma, Inc. and Cima Labs Inc.'s Opening Claim Construction Brief on the following counsel as indicated below:

*Via Electronic Mail:*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Via Electronic Mail:*
Thomas J. Parker
Natalie C. Clayton
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Thomas.parker@alston.com
Natalie.clayton@alston.com

Matthew J. Urbanawiz
David Kuklewicz
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Matt.urbanawiz@alston.com
David.kuklewicz@alston.com

                                    */s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
kcramer@cblh.com

4526625v1