# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and <br> CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 10-1077-MMB <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on October 28, 2011, upon the following attorneys of record as indicated below:

DEEFENDANT MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 55-110)

**VIA ELECTRONIC MAIL AND U.S. MAIL**

| | |
|---|---|
| Kristen Healey Cramer <br> Karen R. Poppel <br> Connolly Bove Lodge and Hutz LLP <br> 1007 N. Orange Street <br> Wilmington, DE 19899 <br> kcramer@cblh.com <br> kpoppel@cblh.com | J. Mark Gidley <br> Noah A. Brumfield <br> White & Case LLP <br> 701 Thirteenth Street, N.W. <br> Washington, DC 20005 <br> (202) 626-3600 <br> mgidley@whitecase.com <br> noah.brumfield@whitecase.com |
| David A. Manspeizer <br> Robert J. Gunther, Jr. <br> Jane M. Love <br> Anne-Marie C. Yvon <br> WilmerHale <br> 399 Park Avenue <br> New York, NY 10022 <br> David.manspeizer@wilmerhale.com <br> Robert.gunther@wilmerhale.com <br> Jane.love@wilmerhale.com <br> Anne-marie.yvon@wilmerhale.com | Ryann M. Muir <br> WilmerHale <br> 60 State Street <br> Boston, MA 02109 <br> Ryann.muir@wilmerhale.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9444

Dated:   October 31, 2011
1033284 / 36324

By:   */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 31, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 31, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Kristen Healey Cramer<br>Karen R. Poppel<br>Connolly Bove Lodge and Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>kcramer@cblh.com<br>kpoppel@cblh.com | J. Mark Gidley<br>Noah A. Brumfield<br>White & Case LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC  20005<br>(202) 626-3600<br>mgidley@whitecase.com<br>noah.brumfield@whitecase.com |
| David A. Manspeizer<br>Robert J. Gunther, Jr.<br>Jane M. Love<br>Anne-Marie C. Yvon<br>WilmerHale<br>399 Park Avenue<br>New York, NY  10022<br>David.manspeizer@wilmerhale.com<br>Robert.gunther@wilmerhale.com<br>Jane.love@wilmerhale.com<br>Anne-marie.yvon@wilmerhale.com | Ryann M. Muir<br>WilmerHale<br>60 State Street<br>Boston, MA  02109<br>Ryann.muir@wilmerhale.com |

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

993789/36324