IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHIONOGI PHARMA, INC., et al.     :     CIVIL ACTION
                                  :
v.                                :
                                  :
MYLAN, INC. et al.                :     NO. 10-1077

### ORDER RE: DURATION OF INVENTOR DEPOSITIONS

Defendant Mylan Pharmaceuticals, Inc. ("Mylan") filed a Motion to Resolve Disputed Provisions of Discovery Plan to Set the Duration of Inventor Depositions (ECF No. 65). Another issue addressed in this Motion concerns the scope of discovery, which the Court believes it has resolved by another Order entered on this date.

Mylan requests that the Court allow fourteen (14) hours for inventors' depositions. It appears that this Motion was filed before any depositions had been taken. The Court notes that the parties have just filed claim construction briefs, and requests both parties to reassess their deposition needs. The Court's preference in all cases is to require a party to exhaust seven (7) hours of depositions before requesting additional time. The Court is aware that some cases are very complex and a particular individual may have detailed and relevant knowledge which cannot be thoroughly explored in seven (7) hours.

Accordingly, it is hereby ORDERED as follows:

1.  Mylan's Motion to Resolve Disputed Provisions of Discovery Plan to Set the Duration of Inventor Depositions (ECF No. 65) is DENIED without prejudice. Counsel shall confer on those depositions that either party believes may take more than seven (7) hours and complete those seven (7) hours. If a party still desires and has a good faith basis to require a

1

deponent to testify longer than seven (7) hours, the Court will grant the request, but reserves the right to set another time limit.

    2.    After discussion, counsel are welcome to communicate with the Court by letter as to their specific requests in this regard, without refiling another motion.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

Date: 11/1/11

O:\DE Cases\10-1077 Shionogi v. Mylan\Shionogi v Mylan Order Inventor Deps.wpd