IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-1077-MMB <br><br> **REDACTED VERSION D.I. 93** |

## DECLARATION OF RAJENDRA K. KHANKARI, PH.D.

**I, Rajendra K. Khankari, declare as follows:**

1.     I am an inventor of the subject matter claimed in U.S. Patent No. 6,740,341 ("the '341 patent"), entitled "Taste Masking Rapid Release Coating System."

2.     I understand that the '341 patent is the subject of a patent infringement lawsuit that Shionogi Pharma, Inc. and CIMA LABS INC. ("CIMA") have filed against Mylan Pharmaceuticals, Inc. in the United States District Court for the District of Delaware. Throughout this declaration, I will use the terms "Shionogi" to refer to the plaintiffs and "Mylan" to refer to the defendant.

3.     From 1995 to 2008, I was employed by CIMA LABS INC. ("CIMA"), where my most recent title was General Manager and Vice President for Worldwide Drug Delivery Technologies.  My responsibilities in this position included developing new drug delivery technologies, and developing and executing strategic plans for the drug delivery business.  Prior to becoming a Vice President, I held several positions in the Formulation Development department at CIMA, including Director.  As a scientist at CIMA, I was responsible for the formulation development of several key products.  In addition, I developed novel dosage forms

for new drug substances. During my employment at CIMA, I co-invented a taste masking system for oral drug delivery, which is described and claimed in the '341 patent.

4.    Since 2008, I have been the Chief Executive Officer of Bioenergy, Inc. Bioenergy, Inc. is a pharmaceutical company that develops pharmaceutical products based on its patented technologies.

5.    I obtained a Ph.D. in Pharmaceutics and an MBA, both from the University of Minnesota. I also hold a Master's degree in Physical Pharmacy from the University of Cincinnati. I received a Master of Pharmacy and a Bachelor of Pharmacy from the University of Mysore in India.

6.    I have authored eight peer-reviewed publications, three book chapters, and two review articles, and I am named as an inventor on fifteen patents. A majority of my publications and patents relate to drug delivery, including taste masking. I have also given approximately thirty presentations related to my research at national and international meetings.

7.    I have been asked by Shionogi to provide this Declaration in support of Shionogi's Opening Claim Construction Brief.

8.    I am being compensated for my time on this case at a rate of $600 per hour, plus expenses. My testimony and opinions are in no way conditional on the payment I receive or on the outcome of this litigation.

**Drug-Containing Core**

9.    The '341 patent describes a taste masked formulation that includes a drug-containing core. The specification teaches that excipients can be included in the drug-containing core, in

- 2 -

particular, "binders, fillers, lubricants, disintegrants, bulking agents, colors, solvents, flavors[,] adsorbates (such as sugar spheres) or absorbates, and the like." '341 Patent, 5:19-22.

10. The '341 patent discloses several embodiments of the invention where the drug-containing core includes an excipient. One such example is the gatifloxacin formulation described in Example 2. In that case, the drug was granulated with the excipient polyvinyl pyrrolidone (PVP), and the granules were spray coated with a spacing layer and a taste masking layer. *See id.* at 5:65 – 6:14.

11. Another embodiment of the invention that includes an excipient in the drug-containing core involves adsorbing the drug to a solid matrix, *i.e.*, an "adsorbate." *See id.* at 5:19-22. An adsorbate is a substrate that provides a surface to which another material can adhere.

12. Sugar spheres, which are sometimes referred to as sugar beads, non-pareil seeds, or non-pareil particles, are one example of an adsorbate. Sugar spheres are used regularly as adsorbates in pharmaceutical formulations because of their pharmacological inactivity, mechanical stability, low cost, and desirable flow properties.

13. Spray layering is a conventional method of applying a drug to an adsorbate, and is disclosed in the '341 patent as one way to form the drug-containing core. *See id.* at 5:41-44. To layer the drug onto the adsorbate, the drug can be dissolved or suspended in a solution, which is then sprayed onto the surface of the spheres. When the drug-containing core is an adsorbate coated with a drug, the innermost part of the core is not the drug, but the adsorbate.

14. In the embodiments described above in ¶¶ 10 and 11, the drug-containing cores are the drug-PVP granules and the drug-coated sugar spheres, respectively.

ACTIVEUS 90945221v2

15.   In some instances, use of an adsorbate can be preferable to other modes of forming drug-containing cores, for example, by granulation.  In particular, it is easier to achieve uniform distribution of the drug if it is applied to a regularly shaped surface, such as a sugar sphere.  This is especially true for formulations that contain a relatively small amount of the drug; in such cases, uniformity of drug distribution is more difficult to achieve when the drug is incorporated into granules than when it is coated on an adsorbate.

16.   In addition, drug-containing cores of a uniform size are more readily obtained where the starting material has a relatively consistent diameter.  This results in a more uniform coating thickness from one drug-containing core to the next, ultimately providing more consistent dissolution and bioavailability of the drug.

**Orapred ODT®**

17.   Orapred ODT® is an orally disintegrating tablet containing the drug prednisolone sodium phosphate (PSP).  *See* NDA #21-959, Section 3.2.P.1 at SHIO 0066799, attached hereto as Exhibit A.

18.   ████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

19. ████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████

20.   I reserve the right to supplement the statements made in this declaration in response to claim construction arguments or proposals put forth by Mylan subsequent to the filing of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2011

Rajendra K. Khankari, Ph.D.

ACTIVEUS 90945221v2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of October 2011, I electronically filed the Declaration of Rajendra K. Khankari, Ph.D. with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on the 28th of October 2011, I caused to be served true and correct copies of the Declaration of Rajendra K. Khankari, Ph.D. on the following counsel as indicated below:

*Via Electronic Mail:*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Matthew J. Urbanawiz
David Kuklewicz
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Matt.urbanawiz@alston.com
David.kuklewicz@alston.com

*Via Electronic Mail:*
Thomas J. Parker
Natalie C. Clayton
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Thomas.parker@alston.com
Natalie.clayton@alston.com

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
kcramer@cblh.com

4526626v1