# EXHIBITS A & B FULLY REDACTED