IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-1077-MMB |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric Grannon of White & Case LLP, 701 Thirteenth Street, NW, Washington, DC 20005-3807 to represent Plaintiff Shionogi Pharma, Inc. in this matter.

Respectfully submitted,

/s/ Kristen Healey Cramer
Kristen Healey Cramer (#4512)
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
kcramer@cblh.com

Dated: November 10, 2011

*Attorney for Plaintiffs*
*Shionogi Pharma, Inc. and CIMA LABS Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Eric Grannon is granted.

Dated: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 11/9/11

Eric Grannon
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 639-9355
egrannon@whitecase.com

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of November, 2011, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION** *PRO HAC VICE* with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on the 10th day of November 2011, I caused to be served true and correct copies of the foregoing **MOTION AND ORDER FOR ADMISSION** *PRO HAC VICE* on the following counsel as indicated below:

*Via Electronic Mail:*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Matthew J. Urbanawiz
David Kuklewicz
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Matt.urbanawiz@alston.com
David.kuklewicz@alston.com

*Via Electronic Mail:*
Thomas J. Parker
Natalie C. Clayton
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Thomas.parker@alston.com
Natalie.clayton@alston.com

　　　　　　　　　　　　　　　　　　　/s/ Kristen Healey Cramer
Kristen Healey Cramer (#4512)
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
kcramer@cblh.com

4539252