IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN, INC. et al. | : | NO. 10-1077 |

**ORDER RE: MOTION TO DISMISS COUNTERCLAIM**

AND NOW, this 10th day of November, 2011, it is hereby ORDERED that Defendants' letter request to depose Dr. Khankari is DENIED without prejudice to further consideration after all claim construction briefs have been filed.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\DE Cases\10-1077 Shionogi v. Mylan\Shionogi v Mylan Order 11-10-11.wpd