**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHIONOGI PHARMA, INC. and<br>CIMA LABS INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   C.A. No.  10-1077-MMB |
| v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| MYLAN PHARMACEUTICALS INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on November 11, 2011, upon the following attorneys of

record as indicated below:

MYLAN PHARMACEUTICALS INC.'S SECOND SET OF INTERROGATORIES
(6-16) TO SHIONOGI PHARMA, INC. AND CIMA LABS INC.

**VIA HAND DELIVERY**

Kristen Healey Cramer
Karen R. Poppel
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
Wilmington, DE  19899
kcramer@cblh.com
kpoppel@cblh.com

**VIA ELECTRONIC MAIL**

Kristen Healey Cramer
Karen R. Poppel
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
Wilmington, DE  19899
kcramer@cblh.com
kpoppel@cblh.com

J. Mark Gidley
Noah A. Brumfield
Eric Grannon
Jaime M. Crowe
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
(202) 626-3600
mgidley@whitecase.com
noah.brumfield@whitecase.com
egrannon@whitecase.com
jcrowe@whitecase.com

David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Anne-Marie C. Yvon
WilmerHale
399 Park Avenue
New York, NY  10022
David.manspeizer@wilmerhale.com
Robert.gunther@wilmerhale.com
Jane.love@wilmerhale.com
Anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WilmerHale
60 State Street
Boston, MA  02109
Ryann.muir@wilmerhale.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9444

Dated:   November 11, 2011
1035259 / 36324

By:   _/s/ David E. Moore_____
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE  19801
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

*Attorneys for Defendant Mylan*
*Pharmaceuticals Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 11, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 11, 2011, the attached document was Electronically Mailed to the following person(s):

Kristen Healey Cramer
Karen R. Poppel
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
Wilmington, DE  19899
kcramer@cblh.com
kpoppel@cblh.com

J. Mark Gidley
Noah A. Brumfield
Eric Grannon
Jaime M. Crowe
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
(202) 626-3600
mgidley@whitecase.com
noah.brumfield@whitecase.com
egrannon@whitecase.com
jcrowe@whitecase.com

David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Anne-Marie C. Yvon
WilmerHale
399 Park Avenue
New York, NY  10022
David.manspeizer@wilmerhale.com
Robert.gunther@wilmerhale.com
Jane.love@wilmerhale.com
Anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WilmerHale
60 State Street
Boston, MA  02109
Ryann.muir@wilmerhale.com

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

993789/36324