

Kristen Healey Cramer
Partner

TEL (302) 888-6317
FAX (302) 658 5614
EMAIL kcramer@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

November 17, 2011

**VIA CM/ECF AND FACSIMILE**

Judge Michael M. Baylson
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1727

    Re:    *Shionogi Pharma, Inc. et al. v. Mylan Pharmaceuticals Inc.*,
            C.A. No. 10-1077-MMB (D. Del.)

Dear Judge Baylson,

    Your Honor has scheduled a telephonic conference for 10:30 a.m. on Friday, November 18, 2011 to address discovery issues that Mylan has raised by letter dated November 16, 2011. I write on behalf of all parties to the litigation to report that for several hours today, Thursday, November 17, 2011, the parties participated in an extensive meet and confer to address the outstanding discovery issues that Mylan raised, as well as other discovery issues.

    In light of the progress the parties have made during the course of this meet and confer, the parties respectfully request that the Court vacate the telephonic conference to allow the parties additional time to finalize agreement on the outstanding discovery issues related to Mylan's sham litigation counterclaim.

                                            Respectfully submitted,

                                          */s/ Kristen Healey Cramer*
                                          Kristen Healey Cramer (#4512)



Judge Michael M. Baylson
November 17, 2011
Page 2


cc:
Thomas J. Parker (via electronic mail)
Natalie C. Clayton (via electronic mail)
Matthew J. Urbanawiz (via electronic mail)
David Kuklewicz (via electronic mail)
Adam J. Biegel (via electronic mail)
Jason Rottner (via electronic mail)
Richard L. Horwitz (via electronic mail)
David E. Moore (via electronic mail)
David Manspeizer (via electronic mail)
Robert J. Gunther, Jr.(via electronic mail)
Ann-Marie C. Yvon (via electronic mail)
Ryann M. Muir (via electronic mail)
J. Mark Gidley (via electronic mail)
Eric Grannon (via electronic mail)
Noah A. Brumfield (via electronic mail)
Jaime Crowe (via electronic mail)