DATE OF NOTICE: November 18, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHIONOGI PHARMA INC., et al.        :    CIVIL ACTION
                                    :
       v.                           :
                                    :
MYLAN PHARMACEUTICALS INC.          :    NO. 10-1077

## NOTICE

Please be advised that a telephone conference will be held regarding discovery and status on **Tuesday, November 22, 2011 at 2:00 p.m.** with the Honorable Michael M. Baylson. This call will be on the record.

*Lynn Meyer*
Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Kristen Cramer, Esquire (e-mail)           Mark Gidley, Esquire (e-mail)
      Ann-Marie Yvon, Esquire (e-mail)           Richard Horwitz, Esquire (e-mail)
      David Manspeizer, Esquire (e-mail)         David Ellis Moore, Esquire (e-mail)
      Natalie Clayton, Esquire (e-mail)          Thomas Parker, Esquire (e-mail)
      Jane Love, Esquire (e-mail)                Karen Poppel, Esquire (e-mail)
      Noah Brumfield, Esquire (e-mail)           Robert Gunther, Esquire (e-mail)
      Ryann Muir, Esquire (e-mail)

O:\DE Cases\10-1077 Shionogi v. Mylan\Shionogi v. Mylan TC Notice.wpd