**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No.  10-1077-MMB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on November 21, 2011, upon the following attorneys of

record as indicated below:

DEFENDANT MYLAN FPHARMACEUTICALS INC.'S FIRST SET OF
REQUESTS FOR ADMISSION (NOS. 1-11)

MYLAN PHARMACEUTICALS INC.'S OBJECTIONS TO PLAINTIFFS'
NOTICE OF RULE 30(B)(6) DEPOSITION

MYLAN PHARMACEUTICALS INC.'S OBJECTIONS TO PLAINTIFFS'
NOTICE OF DEPOSITION OF DAVID WARGO AND REQUESTS FOR
PRODUCTION OF DOCUMENTS

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Kristen Healey Cramer | J. Mark Gidley |
| Karen R. Poppel | Noah A. Brumfield |
| Connolly Bove Lodge and Hutz LLP | Eric Grannon |
| 1007 N. Orange Street | Jaime M. Crowe |
| Wilmington, DE  19899 | White & Case LLP |
| kcramer@cblh.com | 701 Thirteenth Street, N.W. |
| kpoppel@cblh.com | Washington, DC  20005 |
| | mgidley@whitecase.com |
| | noah.brumfield@whitecase.com |
| | egrannon@whitecase.com |
| | jcrowe@whitecase.com |

David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Anne-Marie C. Yvon
WilmerHale
399 Park Avenue
New York, NY  10022
David.manspeizer@wilmerhale.com
Robert.gunther@wilmerhale.com
Jane.love@wilmerhale.com
Anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WilmerHale
60 State Street
Boston, MA  02109
Ryann.muir@wilmerhale.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel:  (212) 210-9444

Dated:  November 22, 2011
1036584 / 36324

By:   */s/ David E. Moore*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant Mylan*
*Pharmaceuticals Inc.*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 22, 2011, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on November 22, 2011, the attached document was Electronically

Mailed to the following person(s):

| | |
|---|---|
| Kristen Healey Cramer<br>Karen R. Poppel<br>Connolly Bove Lodge and Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>kcramer@cblh.com<br>kpoppel@cblh.com | J. Mark Gidley<br>Noah A. Brumfield<br>Eric Grannon<br>Jaime M. Crowe<br>White & Case LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC  20005<br>(202) 626-3600<br>mgidley@whitecase.com<br>noah.brumfield@whitecase.com<br>egrannon@whitecase.com<br>jcrowe@whitecase.com |
| David A. Manspeizer<br>Robert J. Gunther, Jr.<br>Jane M. Love<br>Anne-Marie C. Yvon<br>WilmerHale<br>399 Park Avenue<br>New York, NY  10022<br>David.manspeizer@wilmerhale.com<br>Robert.gunther@wilmerhale.com<br>Jane.love@wilmerhale.com<br>Anne-marie.yvon@wilmerhale.com | Ryann M. Muir<br>WilmerHale<br>60 State Street<br>Boston, MA  02109<br>Ryann.muir@wilmerhale.com |

By:    */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

993789/36324

2