IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIONOGI PHARMA INC., et al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 10-1077 |
| | : | |
| MYLAN PHARMACEUTICALS INC. | : | |
| | : | |
| Defendant | : | |

## NOTICE

To:   Counsel of Record

TAKE NOTICE that a **followup Telephone Conference re: settlement matters** has been rescheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Thursday, December 8, 2011 at 4:30 p.m.*** Counsel for the plaintiff is directed to initiate and this call and to dial Chambers at 267-299-7790 when all counsel are on the line.

/s/ Lori K. DiSanti
Lori K. DiSanti
Deputy Clerk
267-299-7790 - phone

Date:   11/22/11

-Notice filed via ECF

*rescheduled from 11/22/11 at 4:30 p.m.