IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN, INC. et al. | : | NO. 10-1077 |

### ORDER

The Court held a recorded telephone conference with counsel on November 22, 2011 concerning discovery. The Court appreciates counsel meeting and conferring regarding discovery issues, which so far has lead to resolution of most disputes.

The one issue that was raised during the conference concerned the Plaintiffs' offer to produce two separate letters from law firms representing Plaintiffs, stating opinions concerning the patent at issue, prior to this litigation being started. Plaintiffs have requested Defendants to accept these letters and agreeing that the production of these attorney-client communications would not waive the privilege as to any post-litigation attorney-client privilege. The Court indicated that counsel should discuss this matter further, but if it is not resolved by the close of business on November 28, 2011, the Court will hold a hearing on November 29, 2011 at 2:00 p.m. in Courtroom 3A, U.S. District Court, 601 Market Street, Philadelphia, PA 19106. Counsel for Plaintiffs appearing at the hearing shall bring copies of the letters at issue for in camera review and, depending on the Court's ruling, production to Defendants.

Counsel were also urged to exchange lists of deponents for all depositions appropriate by

the December 22, 2011 discovery deadline, and to arrange for suitable dates so that these depositions can be completed before December 22, 2011.

BY THE COURT:

Date: 11/22/11

_____
Michael M. Baylson, U.S.D.J.

O:\DE Cases\10-1077 Shionogi v. Mylan\Shionogi v Mylan Order Discovery.wpd