

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

**www.potteranderson.com**

November 30, 2011

<u>**VIA EFILING and FACSIMILE**</u>

The Honorable Michael M. Baylson
United States District Court
  for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1727

      Re: <u>*Shionogi Pharma, Inc. et al. v. Mylan Pharmaceuticals Inc.*,
          C.A. No. 10-1077-MMB (D. Del.)</u>

Dear Judge Baylson:

      During yesterday's hearing, counsel for Mylan had understood that the Court asked the parties to submit proposed orders in light of the guidance given by the Court—not additional briefing. In fact, the Court limited the parties to two pages and stated that it would not read anything else. Nov. 29, 2011 Hearing Transcript, at 50:20-22 ("I'll give you a limit of two pages, okay, two pages double spaced. So anything longer than that, I'm not going to read."). Plaintiffs' order extends over two pages, but, more importantly, they submitted a letter brief in contravention of the Court's direction. Mylan respectfully requests that the Court ignore Plaintiffs' letter brief as it stated it would in yesterday's hearing. However, if Your Honor will entertain further briefing, including Plaintiffs' letter brief, Mylan requests the opportunity to respond to Plaintiffs' letter brief by submitting a response by 10 AM tomorrow morning. Otherwise, Mylan is prepared to stand on the arguments and case law it has previously identified.

                    Respectfully,

                    */s/ David E. Moore*

                    David E. Moore

DEM/nmt/1037363 / 36324

Enclosure
  cc:   Clerk of Court (via first class mail)
         Counsel of Record (via electronic mail)