IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN, INC. et al. | : | NO. 10-1077 |

**ORDER REGARDING SCOPE OF PLAINTIFFS' WAIVER OF PRIVILEGE**

Following this Court's Order of November 22, 2011, on November 29, 2011, the Court held oral argument regarding the scope of Plaintiffs' proposed limited waiver of attorney-client privilege and work-product protections should plaintiffs rely upon two opinions of counsel, in defense of Mylan Pharmaceuticals Inc.'s ("Mylan") sham litigation antitrust counterclaim.

The Court found that a limited waiver pursuant to FRE 502(a) was appropriate, and requested counsel to discuss and submit proposed forms of order.

Both proposed forms of order, although not in agreement on all points, provide for Plaintiffs to produce the two opinions of counsel to Mylan on December 1, 2011, and then for Plaintiffs to elect in writing whether Plaintiffs will rely upon those opinions in defense of Mylan's sham litigation allegation. If not, Mylan will return or destroy all copies of the opinions by 5:00 p.m. on Monday, December 5, 2011 and, pursuant to Federal Rule of Civil Procedure 502, Plaintiffs' production of the opinions shall not waive the attorney-client or work-product productions in this or any subsequent litigation.

**IT IS ORDERED** that Plaintiffs shall make their election in writing by 5:00 p.m. on December 2, 2011, unless both parties agree to an extension.

**IT IS FURTHER ORDERED** that if Plaintiffs elect to rely on the opinions, the parties

shall discuss between themselves and then advise the Court of a single form of order, or proposed forms of order as to any further decisions the Court should make at this time concerning the scope of the limited waiver. These submissions shall be by letter submitted to Chambers by the close of business on Tuesday, December 6, 2011, limited to two (2) pages, double spaced.

Nov. 30, 2011
DATE

MICHAEL M. BAYLSON, U.S.D.J.