**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 10-1077-MMB |

**NOTICE OF SERVICE**

Please take notice that on November 30, 2011, counsel for Shionogi Pharma, Inc. and CIMA LABS INC. served copies of **PLAINTIFFS' DISCLOSURES RELATED TO THE SHAM ISSUE** upon the following counsel of record in the manner indicated below:

*Via Electronic Mail:*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Via Electronic Mail:*
Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
thomas.parker@alston.com
natalie.clayton@alston.com

Matthew J. Urbanawiz
David Kuklewicz
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Matt.urbanawiz@alston.com
David.kuklewicz@alston.com

<div style="display:flex">

<div>

*Of Counsel:*
David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Ann-Marie C. Yvon
WILMERHALE
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
david.manspeizer@wilmerhale.com
robert.gunther@wilmerhale.com
jane.love@wilmerhale.com
anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WILMERHALE
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
ryann.muir@wilmerhale.com
*Attorneys for Plaintiffs / Counter-Defendants Shionogi Pharma, Inc. and CIMA LABS INC.*

J. Mark Gidley
Eric Grannon
Noah A. Brumfield
Jaime M. Crowe
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 626-3600
mgidley@whitecase.com
egrannon@whitecase.com
nbrumfield@whitecase.com
jcrowe@whitecase.com

*Attorneys for Plaintiff / Counter-Defendant Shionogi Pharma, Inc.*

Dated: November 30, 2011
4562836v1

</div>

<div>

Respectfully Submitted,

   /s/ *Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
Karen R. Poppel (#5373)
CONNOLLY BOVE LODGE AND HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
kcramer@cblh.com
kpoppel@cblh.com
*Attorneys for Plaintiffs / Counter-Defendants Shionogi Pharma, Inc. and CIMA LABS INC.*

</div>

</div>

2