# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and<br>CIMA LABS INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>) C.A. No.  10-1077-MMB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on December 7, 2011, upon the following attorneys of record as indicated below:

**DEFENDANT MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-6)**

**DEFENDANT MYLAN PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 8-12)**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Kristen Healey Cramer<br>Karen R. Poppel<br>Connolly Bove Lodge and Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>kcramer@cblh.com<br>kpoppel@cblh.com | J. Mark Gidley<br>Noah A. Brumfield<br>Eric Grannon<br>Jaime M. Crowe<br>Holly Smith Letourneau<br>White & Case LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC  20005<br>mgidley@whitecase.com<br>noah.brumfield@whitecase.com<br>egrannon@whitecase.com<br>jcrowe@whitecase.com<br>hletourneau@washdc.whitecase.com |

| | |
|---|---|
| David A. Manspeizer<br>Robert J. Gunther, Jr.<br>Jane M. Love<br>Anne-Marie C. Yvon<br>WilmerHale<br>399 Park Avenue<br>New York, NY  10022<br>David.manspeizer@wilmerhale.com<br>Robert.gunther@wilmerhale.com<br>Jane.love@wilmerhale.com<br>Anne-marie.yvon@wilmerhale.com | Ryann M. Muir<br>WilmerHale<br>60 State Street<br>Boston, MA  02109<br>Ryann.muir@wilmerhale.com |

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9444

Dated:  December 7, 2011
1038325 / 36324

By:   */s/ David E. Moore*
　　　Richard L. Horwitz (#2246)
　　　David E. Moore (#3983)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE  19801
　　　Tel:  (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 7, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 7, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Kristen Healey Cramer<br>Karen R. Poppel<br>Connolly Bove Lodge and Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>kcramer@cblh.com<br>kpoppel@cblh.com | J. Mark Gidley<br>Noah A. Brumfield<br>Eric Grannon<br>Jaime M. Crowe<br>Holly Smith Letourneau<br>White & Case LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC  20005<br>mgidley@whitecase.com<br>noah.brumfield@whitecase.com<br>egrannon@whitecase.com<br>jcrowe@whitecase.com<br>hletourneau@washdc.whitecase.com |
| David A. Manspeizer<br>Robert J. Gunther, Jr.<br>Jane M. Love<br>Anne-Marie C. Yvon<br>WilmerHale<br>399 Park Avenue<br>New York, NY  10022<br>David.manspeizer@wilmerhale.com<br>Robert.gunther@wilmerhale.com<br>Jane.love@wilmerhale.com<br>Anne-marie.yvon@wilmerhale.com | Ryann M. Muir<br>WilmerHale<br>60 State Street<br>Boston, MA  02109<br>Ryann.muir@wilmerhale.com |

2

By:   */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

993789/36324