**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC. and | ) | |
| CIMA LABS INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No.  10-1077-MMB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**AMENDED NOTICE OF DEPOSITION OF LESLIE ZACKS**</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure and Rule 30 of the Local Rules of Civil Practice and Procedure of the United States

District Court for the District of Delaware, Defendant Mylan Pharmaceuticals Inc. ("Mylan"),

through counsel, will take the deposition upon oral examination under oath of Leslie Zacks, on

December 21, 2011, beginning at 2:00 p.m. and continuing from day-to-day until completed,

excluding Saturday, Sunday, and holidays.  The deposition will take place in a Washington D.C.

location to be determined, before a notary public or other officer authorized by law to administer

oaths.  Pursuant to Federal Rule of Civil Procedure 30(b)(3), testimony of the witness or

witnesses will be recorded by stenographic or audiovisual means, or both.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   */s/ David E. Moore*

Richard L. Horwitz (#2246)

Thomas J. Parker

David E. Moore (#3983)

Natalie C. Clayton

Hercules Plaza, 6th Floor

ALSTON & BIRD LLP

1313 N. Market Street

90 Park Avenue

Wilmington, DE  19801

New York, NY 10016

Tel:  (302) 984-6000

Tel: 212-210-9444

rhorwitz@potteranderson.com

dmoore@potteranderson.com

Dated:  December 9, 2011

1038627 / 36324

*Attorneys for Defendant Mylan*
*Pharmaceuticals Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 9, 2011, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on December 9, 2011, the attached document was Electronically

Mailed to the following person(s):

| | |
|---|---|
| Kristen Healey Cramer | J. Mark Gidley |
| Karen R. Poppel | Noah A. Brumfield |
| Connolly Bove Lodge and Hutz LLP | Eric Grannon |
| 1007 N. Orange Street | Jaime M. Crowe |
| Wilmington, DE  19899 | Holly Smith Letourneau |
| kcramer@cblh.com | White & Case LLP |
| kpoppel@cblh.com | 701 Thirteenth Street, N.W. |
| | Washington, DC  20005 |
| | mgidley@whitecase.com |
| | noah.brumfield@whitecase.com |
| | egrannon@whitecase.com |
| | jcrowe@whitecase.com |
| | hletourneau@washdc.whitecase.com |
| | |
| David A. Manspeizer | Ryann M. Muir |
| Robert J. Gunther, Jr. | WilmerHale |
| Jane M. Love | 60 State Street |
| Anne-Marie C. Yvon | Boston, MA  02109 |
| WilmerHale | Ryann.muir@wilmerhale.com |
| 399 Park Avenue | |
| New York, NY  10022 | |
| David.manspeizer@wilmerhale.com | |
| Robert.gunther@wilmerhale.com | |
| Jane.love@wilmerhale.com | |
| Anne-marie.yvon@wilmerhale.com | |

By:   */s/ David E. Moore*          
        Richard L. Horwitz
        David E. Moore
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

993789/36324