IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 10-1077-MMB ) ) **JURY TRIAL DEMANDED** |
| MYLAN PHARMACEUTICALS INC., | ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jon G. Shepherd of ALSTON & BIRD LLP, 2828 North Harwood Street, 18th Floor, Dallas, TX 75201 to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: December 12, 2011
1038744/ 36324

*Attorneys for Defendant
Mylan Pharmaceuticals Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court.

☒   will be submitted to the Clerk's Office upon the filing of this motion.

Date: December 12, 2011        Signed: /s/ _____
                               Jon G. Shepherd
                               ALSTON & BIRD LLP
                               2828 North Harwood Street
                               18th Floor
                               Dallas, TX 75201
                               Tel: (214) 922-3400
                               jon.shepherd@alston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 12, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 12, 2011, the attached document was Electronically Mailed to the following person(s):

Kristen Healey Cramer
Karen R. Poppel
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
kcramer@cblh.com
kpoppel@cblh.com

J. Mark Gidley
Noah A. Brumfield
Eric Grannon
Jaime M. Crowe
Holly Smith Letourneau
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
mgidley@whitecase.com
noah.brumfield@whitecase.com
egrannon@whitecase.com
jcrowe@whitecase.com
hletourneau@washdc.whitecase.com

David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Anne-Marie C. Yvon
WilmerHale
399 Park Avenue
New York, NY 10022
David.manspeizer@wilmerhale.com
Robert.gunther@wilmerhale.com
Jane.love@wilmerhale.com
Anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WilmerHale
60 State Street
Boston, MA 02109
Ryann.muir@wilmerhale.com

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

993789/36324