## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. AND CIMA LABS INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendant. | C.A. No. 10-1077 (MMB) |

## NOTICE OF SERVICE

Please take notice that on December 12, 2011, prior to service of the below-listed subpoenas on Elizabeth Oliver and Victoria Saavedra, respectively, and in accordance with Rule 45 of the Federal Rules of Civil Procedure, counsel for Shionogi Pharma, Inc. and CIMA LABS INC. served copies of the following:

1. **NOTICE OF SUBPOENA AND AMENDED NOTICE OF DEPOSITION** of Elizabeth Oliver,
2. **NOTICE OF SUBPOENA AND AMENDED NOTICE OF DEPOSITION** of Victoria Saavedra,
3. **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** to Elizabeth Oliver, and
4. **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** to Victoria Saavedra;

upon the following counsel of record in the manner indicated below:

*Via Electronic Mail:*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Via Electronic Mail:*
Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
thomas.parker@alston.com
natalie.clayton@alston.com

*Via Electronic Mail:*
Matthew J. Urbanawiz
David Kuklewicz
Adam J. Biegel
Jason Rottner
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Matt.urbanawiz@alston.com
David.kuklewicz@alston.com
Adam.biegel@alston.com
Jason.rottner@alston.com

*Of Counsel:*
David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Ann-Marie C. Yvon
WILMERHALE
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
david.manspeizer@wilmerhale.com
robert.gunther@wilmerhale.com
jane.love@wilmerhale.com
anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WILMERHALE
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
ryann.muir@wilmerhale.com
*Attorneys for Plaintiffs / Counter-Defendants Shionogi Pharma, Inc. and CIMA LABS INC.*

Respectfully Submitted,

  */s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
Karen R. Poppel (#5373)
CONNOLLY BOVE LODGE AND HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
kcramer@cblh.com
kpoppel@cblh.com
*Attorneys for Plaintiffs / Counter-Defendants Shionogi Pharma, Inc. and CIMA LABS INC.*

3

J. Mark Gidley
Eric Grannon
Noah A. Brumfield
Jaime M. Crowe
Holly Letourneau
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 626-3600
mgidley@whitecase.com
egrannon@whitecase.com
nbrumfield@whitecase.com
jcrowe@whitecase.com
hletourneau@whitecase.com

*Attorneys for Plaintiff / Counter-Defendant*
*Shionogi Pharma, Inc.*

Dated: December 12, 2011
4577738

3