AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10-1077-MMB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* VICTORIA SAAVEDRA
was received by me on *(date)* 12-12-11.

☑ I served the subpoena by delivering a copy to the named individual as follows: VICTORIA SAAVEDRA
_____ on *(date)* 12-12-11; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-12-11

_____
*Server's signature*

JUAN ROLDAN    PROCESS SERVER 0983113
*Printed name and title*

EXCLUSIVE
P.O. BOX 858
N.Y., N.Y. 10268

Additional information regarding attempted service, etc: