AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10-1077-MMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* 12/12/11 .

☒ I served the subpoena by delivering a copy to the named individual as follows: Elizabeth Oliver at Flavine North America 10 Reuten Drive Closter NJ 07624  on *(date)* 12/12/11 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 101.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 12/12/11

_____
Server's signature

Roni A Pollina
Printed name and title

U.S. Document Retrieval Service, Inc.
11 Park Place Suite 1512
N.Y. N.Y. 10007
Server's address

Additional information regarding attempted service, etc: