IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI PHARMA, INC. and CIMA LABS INC., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MYLAN PHARMACEUTICALS INC., )<br>)<br>Defendant. ) | C.A. No. 10-1077-MMB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF COUNTERCLAIM

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties, who are all of the parties who have appeared in this action, hereby stipulate to the dismissal *without prejudice* of Defendant Mylan Pharmaceuticals Inc.'s counterclaim for monopolization and attempted monopolization in violation of 15 U.S.C. § 2 against Plaintiffs Shionogi Pharma, Inc. and CIMA LABS INC. (the "Counterclaim").

2. The parties further hereby stipulate that if the Counterclaim is timely reasserted: (i) all discovery heretofore conducted regarding the Counterclaim shall be deemed reinstated; (ii) the parties shall complete any additional discovery pursuant to the Court's November 1, 2011, Order (D.I. 95) within 20 calendar days of such reassertion without motion of any party, unless the Court orders otherwise; and (iii) any motions for summary judgment pursuant to the Court's November 1, 2011, Order concerning the Counterclaim shall be filed within 35 calendar days of such reassertion without motion of any party, unless the Court orders otherwise; and (iv) the other procedural limitations set forth in the Court's Order dated November 1, 2011, shall apply without motion of any party unless the Court orders otherwise.

3. The parties hereby further stipulate that if the Counterclaim is timely reasserted, Plaintiffs will not seek dismissal of such claim pursuant to Rules 12 or 13 of the Federal Rules of Civil Procedure based on an assertion that the Counterclaim was a counterclaim required to have been asserted prior to the time of reassertion.

4. The parties hereby further stipulate that as to the Counterclaim, and all other antitrust counterclaims previously asserted in this action, each party shall bear its own attorney fees and costs incurred to date. Provided, however, that if Mylan reasserts the Counterclaim, nothing in this stipulation shall bar any party from seeking its attorney fees and costs incurred in connection with the antitrust counterclaims since the date the Counterclaim was originally filed.

*Of Counsel:*
David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Ann-Marie C. Yvon
WILMERHALE
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
david.manspeizer@wilmerhale.com
robert.gunther@wilmerhale.com
jane.love@wilmerhale.com
anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WILMERHALE
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
ryann.muir@wilmerhale.com
*Attorneys for Plaintiffs / Counter-Defendants Shionogi Pharma, Inc. and CIMA LABS INC.*

Respectfully Submitted,

  */s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
Karen R. Poppel (#5373)
CONNOLLY BOVE LODGE AND HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
kcramer@cblh.com
kpoppel@cblh.com
*Attorneys for Plaintiffs / Counter-Defendants Shionogi Pharma, Inc. and CIMA LABS INC.*

J. Mark Gidley
Eric Grannon
Noah A. Brumfield
Jaime Crowe
Holly Smith Letourneau
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
mgidley@whitecase.com
egrannon@whitecase.com
nbrumfield@whitecase.com
jcrowe@whitecase.com
hletourneau@whitecase.com

*Attorneys for Plaintiff / Counter-Defendant Shionogi Pharma, Inc.*

OF COUNSEL:

Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400

Adam J. Biegel
Jason Rottner
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

IT IS SO ORDERED this 22nd day of December, 2011.

Hon. Michael M. Baylson
United States District Judge

1038986 / 36324