IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHIONOGI PHARMA INC., et al.    :    CIVIL ACTION
        Plaintiffs    :
                :
        v.           :    NO.  10-1077
                :
MYLAN PHARMACEUTICALS INC.  :
        Defendant    :

## ORDER

**AND NOW**, this 20th day of January, 2012, following upon an unrecorded telephone conference with the Court and counsel in this matter on January 19, 2012, it is hereby **ORDERED** that the defendant, Mylan Pharmaceuticals, Inc., is to respond to the settlement proposal made by plaintiff, Shionogi Pharma, Inc. on or before **January 27, 2012**.  Counsel for the parties are then to communicate with each other and discuss their respective proposals and indicate with particularity what objections they have to each other's proposals, no later than **February 3, 2012.**

       **IT IS FURTHER ORDERED** that the parties are then to report to the Court of the status of these discussions by way of telephone conference which shall be held on **February 9, 2012 at 4:30 p.m.**  Plaintiff is to initiate this call and to dial Chambers at 267-299-7790 once all counsel are on the line.

BY THE COURT:

/s/ David R. Strawbridge
David R. Strawbridge
United States Magistrate Judge
267-299-7790 - telephone
267-299-5065 - facsimile