IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


SHIONOGI PHARMA INC., et al.      :      CIVIL ACTION
                                  :
              Plaintiffs          :
                                  :
        v.                        :      NO.  10-1077
                                  :
MYLAN PHARMACEUTICALS INC.  :
                                  :
              Defendant           :

## **NOTICE**

To:    Counsel of Record

TAKE NOTICE that a **followup Telephone Conference re: settlement matters** has been rescheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Monday, March 19, 2012 at 4:30 p.m.**  Counsel for the plaintiff is directed to initiate and this call and to dial Chambers at 267-299-7790 when all counsel are on the line.


                              /s/ Lori K. DiSanti
                              Lori K. DiSanti
                              Deputy Clerk
                              267-299-7790 - phone


Date:   2/28/12

-Notice filed via ECF