IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIONOGI PHARMA INC., et al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | NO.  10-1077 |
| | : | |
| MYLAN PHARMACEUTICALS INC. | : | |
| | : | |
| Defendant | : | |

### ORDER

AND NOW this 9th day of April, 2012, following upon an unrecorded telephone conference with counsel on April 5, 2012, it is hereby ORDERED that the parties, having reported that they have resolved nearly all issues in dispute, shall participate in what this Court expects to be a final status telephone conference on Thursday, April 12, 2012 at 4:30 p.m.  IT IS FURTHER ORDERED that counsel for plaintiff shall initiate this call and dial Chambers at 267-299-7790 when all counsel are on the phone at the aforementioned date/time.

BY THE COURT:


 /s/ David R. Strawbridge
David R. Strawbridge
United States Magistrate Judge