

Kristen Healey Cramer
Partner

TEL (302) 888-6317
FAX (302) 658 5614
EMAIL kcramer@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 9, 2012

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

CONFIDENTIAL
FILED UNDER SEAL
Redacted Version of D.I. 168

Re:   *Shionogi Pharma, Inc. et al. v. Mylan Pharmaceuticals Inc.*,
      C.A. No. 10-1077-RGA (D. Del.)

Dear Judge Andrews,

We write on behalf of all parties to respectfully request a postponement of the Rule 16(b) Conference currently scheduled for 1:30 p.m. on May 15, 2012 in the above-captioned action, with a proposed schedule due 48 hours in advance, and to reschedule the Rule 16(b) conference for June 15th or later subject to the Court's availability. The parties are available for a conference should the Court desire to discuss this request.

Respectfully submitted,

 */s/ Kristen Healey Cramer*

Kristen Healey Cramer (#4512)

4757000v1

cc: Counsel of Record – By CM/ECF and E-mail