**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHIONOGI PHARMA, INC. AND CIMA LABS INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 10-1077-RGA ) ) |
| MYLAN PHARMACEUTICALS INC., | ) ) |
| Defendant. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Plaintiff Shionogi Pharma,

Inc. and CIMA LABS INC. hereby notify the Court that Kristen Healey Cramer is withdrawing

her appearance on behalf of Plaintiff Shionogi Pharma, Inc. and CIMA LABS INC. in this action

and Keith A. Walter, Jr. of Connolly Bove Lodge & Hutz LLP will substitute as counsel for

Plaintiff Shionogi Pharma, Inc. and CIMA LABS INC. in this action.  Counsel from WilmerHale

will continue to represent Plaintiff Shionogi Pharma, Inc. and CIMA LABS INC. in this action.

Dated: October 2, 2012

| | |
|---|---|
| */s/ Keith A. Walter, Jr.* | */s/ Kristen Healey Cramer* |
| Keith A. Walter, Jr. (#4157) | Kristen Healey Cramer (No. 4512) |
| Connolly Bove Lodge & Hutz LLP | Womble Carlyle Sandridge & Rice LLP |
| The Nemours Building | 222 Delaware Avenue |
| 1007 N. Orange Street | Suite 1501 |
| P. O. Box 2207 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 252-4320 |
| (302) 658-9141 | kcramer@wcsr.com |
| kwalter@cblh.com | |

*Attorneys for Plaintiffs*
*Shionogi Pharma, Inc. and CIMA LABS INC.*

*Of Counsel:*

David A. Manspeizer
Robert J. Gunther, Jr.
Jane M. Love
Ann-Marie C. Yvon
WILMERHALE
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
david.manspeizer@wilmerhale.com
robert.gunther@wilmerhale.com
jane.love@wilmerhale.com
anne-marie.yvon@wilmerhale.com

Ryann M. Muir
WILMERHALE
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
ryann.muir@wilmerhale.com

*Attorneys for Plaintiffs*
*Shionogi Pharma, Inc. and CIMA LABS INC.*

## <u>CERTIFICATE OF SERVICE</u>

I, Keith A. Walter, Jr., hereby certify that, on the 2nd day of October, 2012, a true copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered attorneys of record and allow the document to be viewed and downloaded from CM/ECF.

I further certify that I cause copies of the foregoing document to be served on October 2, 2012, upon the following via electronic mail:

*Via Electronic Mail:*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Matthew J. Urbanawiz
David Kuklewicz
Adam J. Biegel
Jason Rottner
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Matt.urbanawiz@alston.com
David.kuklewicz@alston.com
Adam.biegel@alston.com
Jason.rottner@alston.com

*Via Electronic Mail:*
Thomas J. Parker
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
thomas.parker@alston.com
natalie.clayton@alston.com

*/s/ Keith A. Walter, Jr.*
Keith A. Walter, Jr. (#4157)